MOTEL HOTEL ASSOCIATES, INC.
7 Kenosia Avenue
Danbury, CY 06810

RECEIVED
DEC 12 2007

December 6, 2007

VIA FACSIMILE AND U.S. MAIL

Brent R. Canning
Hinckley Allen Snyder LLP
50 Kennedy Plaza, Suite 1500
Providence, RI 02903-2393

RE: Julia Imad

Dear Mr. Canning:

On behalf of the Motel Hotel Associates, Inc. Health and Welfare Benefit Plan ("the Plan"), I am writing to follow up on John Schultz's recent letter to you indicating that the Plan would respond to Ms. Imad's claim for benefits on or before December 6, 2007. As I believe Ms. Imad has been informed, payment for her claim has been affected by the refusal of the Plan's stop loss insurer to pay such claim. The Plan has and continues to seek payment form its stop loss insurer for Ms. Imad's claims. As a result, at this point, the Plan has not denied Ms. Imad's claims. Rather, I am writing to inform you and Ms. Imad that the Plan is seeking payment from the stop loss carrier and you will be notified of any developments in that regard. Ms. Imad has the right to appeal this decision pursuant to the provisions of the Plan documents previously provided to you.

If you have any questions or would like to discuss this matter further, please contact John Schultz (215) 963-5385 or Kris Henning (215) 963-5882, whose firm is counsel to Motel Hotel Associates, Inc. and the Plan in this matter.

Sincerely,

Abigail Clarke

/asc
Cc: Kris Henning
John Schultz
Dennis Solomon