HinckleyAllenSnyder LLP
ATTORNEYS AT LAW

50 Kennedy Plaza, Suite 1500
Providence, RI 02903-2393
TEL: 401.274.2000
FAX: 401.277.9600
www.haslaw.com

Brent R. Canning
*bcanning@haslaw.com*

December 14, 2007

Via Facsimile and Regular Mail
(203-791-8200)

Ms. Abigail Clarke
Motel Hotel Associates, Inc.
7 Kenosia Avenue, Suite 2A
Danbury, CT 06810

**Re: Julia Imad**

Dear Ms. Clarke:

I received your December 6, 2007 correspondence. In it, you acknowledge prior receipt of Ms. Imad's claim for benefits and go on to say that the claim will not be paid because of a dispute between the Plan and its stop loss insurer. This is not a proper basis on which to deny the claim. Please treat this letter as an appeal from your decision.

Very truly yours,

Brent R. Canning

BRC:jab

cc: Ms. Debra Gwiazdowski
Robert G. Flanders, Esq.
Gerard R. Goulet, Esq.

#854721v1
023388-133542