MOTEL HOTEL ASSOCIATES, INC.
7 Kenosia Avenue
Danbury, CY 06810

January 14, 2008

VIA FACSIMILE AND U.S. MAIL

Brent R. Canning
Hinckley Allen Snyder LLP
50 Kennedy Plaza, Suite 1500
Providence, RI 02903-2393

RE: Julia Imad

Dear Mr. Canning:

On behalf of the Motel Hotel Associates, Inc. Health and Welfare Benefit Plar Plan"), I am writing in response to your December 14, 2007 letter. As I indic: December 6, 2007 letter, the Plan is seeking payment from its stop loss insure Imad's claims. As a result, at this point, the Plan has not denied Ms. Imad's cl will notify you of any developments in the Plan's efforts to obtain payment fro loss insurer. You may appeal this letter in accordance with the plan document: previously provided to you and you may file a lawsuit in federal court upon the exhaustion of all required appeals.

If you have any questions or would like to discuss this matter further, please co Schultz (215) 963-5385 or Kris Henning (215) 963-5882, whose firm is counse Hotel Associates, Inc. and the Plan in this matter.

Sincerely,

Abigail Clarke

/asc
Cc: Kris Henning
John Schultz
Dennis Solomon

**Meyer Jabara Hotels**

Meyer Jabara Hotels

Phone: 203/798-41099
FAX: 203/791-8200
email:

# Facsimile

To: Brent R. Canning
@Fax: 401/277-9600
From: Abigail Clarke
Date: Monday, January 14, 2008 @ 1(
Re: Ms. Imad
Pages: 2, including this

Please find attached a response to your letter of December 14, 2007.

| | |
|---|---|
| Due | $89.77 |
| redits | $-1,487.60 |
| | $1,577.37 |

| | |
|---|---|
| Project | Amount |
| | 1,595.00 |
| | 157.63 |
| | 1,752.63 |
| | -175.26 |

Invoice

| |
|---|
| Invoice # |
| 1404 |