HinckleyAllenSnyder LLP
ATTORNEYS AT LAW

50 Kennedy Plaza, Suite 1500
Providence, RI 02903-2393
TEL: 401.274.2000
FAX: 401.277.9600
www.haslaw.com

Brent R. Canning
*bcanning@haslaw.com*

January 15, 2008

Via Facsimile and Regular Mail
(203-791-8200)

Ms. Abigail Clarke
Motel Hotel Associates, Inc.
7 Kenosia Avenue, Suite 2A
Danbury, CT 06810

**Re: Julia Imad**

Dear Ms. Clarke:

I received your January 14, 2007 correspondence.

The Plan continues to refuse to pay this claim because it is embroiled in a dispute with its insurer, Gerber Life. As I explained in the December 14, 2007 notice of appeal I sent you, the dispute between the Plan and Gerber life is not a proper basis on which to deny the claim.

Please treat this letter as our second appeal.

Very truly yours,

Brent R. Canning

cc: Kristofor Henning, Esq. (via facsimile and regular mail)
John Schultz, Esq. (via facsimile and regular mail)

#854721v2
023388-133542