MOTEL HOTEL ASSOCIATES, INC.
7 Kenosia Avenue
Danbury, CY 06810

RECEIVED
FEB 19 2008

February 12, 2008

VIA FACSIMILE AND U.S. MAIL

Brent R. Canning
Hinckley Allen Snyder LLP
50 Kennedy Plaza, Suite 1500
Providence, RI 02903-2393

RE: Julia Imad

Dear Mr. Canning:

I received your letter dated January 15, 2008 with regard to the above matter. We have been informed that Gerber has agreed to pay Ms. Imad's claims to the respective providers. We will, of course, let you know when that payment is made.

If you have any questions or would like to discuss this matter further, please contact John Schultz (215) 963-5385 or Kris Henning (215) 963-5882, whose firm is counsel to Motel Hotel Associates, Inc. and the Plan in this matter.

Sincerely,

Abigail Clarke

/asc

Cc: Kris Henning
John Schultz
Dennis Solomon