# United States District Court

FOR THE DISTRICT OF RHODE ISLAND

JULIA IMAD, As Parent and Natural Guardian of Her Minor Daughter, Sophia Imad

V.

MOTEL HOTEL ASSOCIATES, INC. HEALTH AND WELFARE BENEFIT PLAN and MOTEL HOTEL ASSOCIATES, INC.

## SUMMONS IN A CIVIL CASE

CASE NUMBER: *C.A. NO. 08-182*

TO: MOTEL HOTEL ASSOCIATES, INC. HEALTH AND WELFARE BENEFIT PLAN

*Abigail Clarke*
*Motel Hotel Associates, Inc. Health and Welfare Benefit Plan*
*7 Kenosia Avenue*
*Danbury, CT 06810*

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

*Brent R. Canning, Esq.*
*Hinckley, Allen & Snyder LLP*
*50 Kennedy Plaza, Suite 1500*
*Providence, RI 02903*

an answer to the complaint which is herewith served upon you, within *twenty (20)* days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of the Court within a reasonable period of time after service.

CLERK

5/15/08
DATE

(BY) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Services of the Summons and complaint was made by me [1] | DATE 5/20/08 @ 1:20 PM |
| NAME OF SERVER (*PRINT*) ERIC RUBIN | TITLE PRIVATE PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

[X] Served personally upon the defendant. Place where served: 7 Kenosia Avenue, Danbury, CT 06810 ---- ABIGAIL CLARKE, DIRECTOR OF HUMAN RESOURCE

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with home the summons and complaint were left: ______

[ ] Returned unexecuted: ______

[ ] Other (specify): ______

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 5/21/08
*Date*

[signature]
*Signature of Server*

9 Beaumont Street, East Hartford, CT 06108
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

#898767v1