**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| JULIA IMAD,<br><br>Plaintiff,<br><br>v.<br><br>MOTEL HOTEL ASSOCIATES, INC. HEALTH AND WELFARE BENEFIT PLAN, ET AL.,<br><br>Defendants. | **CA NO. 08-182-T-LDA** |

**STIPULATION FOR EXTENSION OF TIME**

Pursuant to Local Rule of Civil Procedure 29, Plaintiff and Defendants hereby stipulate and agree that the time for Defendants to answer Plaintiff's complaint is extended by 10 days until and including June 19, 2008.

/s/ Brent R. Canning
Brent R. Canning, Esq. (#5546)
Hinckley, Allen & Snyder LLP
50 Kennedy Plaza, Suite 1500
Providence, RI 02903
(401) 274-2000 (Phone)
(401) 277-9600 (Facsimile)

*Attorneys for Plaintiff*

/s/ William A. Poore
/s/ Christopher J. O'Connor
William A. Poore, Esq. (#1436)
Christopher J. O'Connor, Esq. (#5078)
Poore & Rosenbaum LLP
Commerce Center
30 Exchange Terrace
Providence, RI 02903
(401) 831-2600 (Phone)
(401) 831-2220 (Facsimile)

*Attorneys for Defendants*

Dated: June 5, 2008