IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

JULIA IMAD,

Plaintiff,

v.

MOTEL HOTEL ASSOCIATES, INC. HEALTH AND WELFARE BENEFIT PLAN, ET AL.,

Defendants.

C.A. NO. 08-182-T-LDA

**ENTRY OF APPEARANCE**

I, Michael D. Chittick, hereby enter my appearance for and on behalf of the Defendants, Motel Hotel Associates, Inc. Health and Welfare Benefit Plan, et al, in the above-captioned matter.

/s/ Michael D. Chittick
MICHAEL D. CHITTICK, #5967
ADLER POLLOCK & SHEEHAN P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903-2443
Tel: (401) 274-7200
Fax: (401) 351-4607
Dated: June 19, 2008

**CERTIFICATE OF SERVICE**

I hereby certify that on this 19th day of June, 2008, I sent a true copy of the within document by electronic means (ECF) to:

Brent R. Canning, Esq.
HINCKLEY, ALLEN & SNYDER
50 Kennedy Plaza, Suite 1500
Providence, RI 02903

William A. Poore, Esq.
Christopher J. O'Connor, Esq.
Poore & Rosenbaum LLP
Commerce Center
30 Exchange Terrace
Providence, RI 02903

*/s/ Michael D. Chittick*

*458766_1.doc*