IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| JULIA IMAD,<br><br>Plaintiff,<br><br>v.<br><br>MOTEL HOTEL ASSOCIATES, INC. HEALTH AND WELFARE BENEFIT PLAN, ET AL.,<br><br>Defendants. | C.A. NO. 08-182-T-LDA |

**STIPULATION FOR EXTENSION OF TIME**

Pursuant to Local Rule of Civil Procedure 29, Plaintiff and Defendants hereby stipulate and agree that the time for Defendants to answer Plaintiff's complaint is extended up to and including July 7, 2008.

/s/ Brent R. Canning
Brent R. Canning, Esq. (#5546)
Hinckley, Allen & Snyder LLP
50 Kennedy Plaza, Suite 1500
Providence, RI 02903
Telephone: (401) 274-2000
Facsimile: (401) 277-9600

*Attorneys for Plaintiff*

/s/ Richard R. Beretta, Jr.
/s/ Michael D. Chittick
Richard R. Beretta, Jr., Esq. (#4313)
Michael D. Chittick, Esq. (#5967)
Adler Pollock & Sheehan P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903
Telephone: (401) 274-7200
Facsimile: (401) 351-4607

*Attorneys for Defendants*

Dated: June 19, 2008

**CERTIFICATE OF SERVICE**

I hereby certify that on this 19th day of June, 2008, I sent a true copy of the within document by electronic means (ECF) to:

Brent R. Canning, Esq.
HINCKLEY, ALLEN & SNYDER
50 Kennedy Plaza, Suite 1500
Providence, RI 02903

William A. Poore, Esq.
Christopher J. O'Connor, Esq.
Poore & Rosenbaum LLP
Commerce Center
30 Exchange Terrace
Providence, RI 02903

*/s/ Richard R. Beretta, Jr.*

*458760_1.doc*