**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| JULIA IMAD, as Parent and Natural Guardian of her minor daughter, Sophia Imad<br><br>Plaintiff<br><br>v.<br><br>MOTEL HOTEL ASSOCIATES, INC. HEALTH AND WELFARE BENEFIT PLAN, ET AL.,<br><br>Defendants | **CA NO. 08-182-T-LDA** |

**WITHDRAWAL OF APPEARANCE**

Now come William A. Poore, Esq. and Christopher J. O'Connor, Esq. of the firm Poore & Rosenbaum LLP and hereby withdraw their appearance in this matter as counsel for the defendants in the above-captioned matter.

/s/ William A. Poore
/s/ Christopher J. O'Connor
William A. Poore, Esq. (#1436)
Christopher J. O'Connor, Esq. (#5078)
Poore & Rosenbaum LLP
Commerce Center
30 Exchange Terrace
Providence, RI 02903
(401) 831-2600 (Phone)
(401) 831-2220 (Facsimile)

Dated: June 19, 2008

CERTIFICATION

I hereby certify that on the 19th day of June, 2008, I caused a true copy of the within to be served by regular mail, postage prepaid to the following:

Brent R. Canning, Esq.
Hinckley, Allen & Snyder
50 Kennedy Plaza, Ste. 1500
Providence, RI 02903

Richard Beretta, Esq.
Adler Pollock & Sheehan
One Citizens Plaza
Providence, RI 02903

/s/ Christopher J. O'Connor
Christopher J. O'Connor, Esq.