(Effective 3/17/2008)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT COURT OF RHODE ISLAND

Julia Imad
Plaintiff(s)

v. Dkt. No. 08-cv-182T

Motel Hotel Associates, Inc. Health & Welfare Benefit Plan, et al.
Defendant(s)

**MOTION FOR ADMISSION PRO HAC VICE**

~~Plaintiff~~/Defendant Motel Hotel Associates, Inc. Health & Welfare Benefit Plan -and- Motel Hotel Associates, Inc. hereby moves that Kristofor T. Henning be admitted PRO HAC VICE in the above case as counsel with local counsel identified below.

Signature of Pro Hac Vice Applicant

I hereby certify that I have reviewed the Application for Pro Hac Vice Admission that is being submitted with the application fee, and I join in the foregoing motion. I acknowledge and agree to observe the requirements of LR Gen 204 in its entirety and as it relates to the participation and responsibilities of local counsel.

/s/ Richard R. Beretta
Signature of Local Counsel

Richard R. Beretta, Jr. (RI Bar ID #4313)
Michael D. Chittick
Print Name

RI Bar ID # 5967
Email: rberetta@apslaw.com
Email: mchittick@apslaw.com

Adler Pollock & Sheehan, P.C.
Firm and Business Address
One Citizens Plaza, 8th Floor
Providence, RI 02903

Tel. # 401-274-7200
Fax # 401-751-0604

**ORDER**

This motion is hereby _____ GRANTED _____ DENIED

District Judge

Date

**CERTIFICATE OF SERVICE**

I hereby certify that I filed the foregoing Motion for Admission Pro Hac Vice through the ECF system on the 24th day of July, 2008, and that notice will be sent electronically to all counsel who are registered participants identified on the Mailing Information for Case C.A. No. 07-331-S

/s/ *Richard R. Beretta*

*462573_1.doc*