UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND


JULIA IMAD

                    v.                              CA No. 08-182T


MOTEL HOTEL ASSOCIATES, INC.
HEALTH AND WELFARE BENEFIT
PLAN, ET AL.


## ORDER OF REASSIGNMENT

    It is hereby ordered that this case is returned to the Clerk for reassignment to another judge.


By Order


_____
Deputy Clerk


ENTER:


Ernest C. Torres
Senior U.S. District Judge

Date: December 23 , 2008